No. 82–5531. THETFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–5549. REYES-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5556. SMITH v. KAYE. C. A. 4th Cir. Certiorari denied.

No. 82–5558. ROLFE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–5564. WILSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–5566. JORDAN v. VETERANS ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–5587. CARTER v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–5641. FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5735. BAINCH v. RAINES ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–5740. ALEXANDER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–5745. THOMAS v. GREENSPAN. C. A. D. C. Cir. Certiorari denied.

No. 82–5748. BURCH v. HARDEE ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5750. SCOTT v. PARRATT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 82–5756. SANDS v. SANDS. Sup. Ct. Conn. Certiorari denied.